

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                     |     |                                  |
|---------------------|-----|----------------------------------|
|                     | §   |                                  |
| RUDY ABARCA,        | §   | No. 08-19-00038-CR               |
| Appellant,          | §   | Appeal from the                  |
| v.                  | §   | 346th District Court             |
| THE STATE OF TEXAS, | §   | of El Paso County, Texas         |
| State.              | §   | (TC# 20150D04057)                |
|                     | §   |                                  |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **May 16, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BECONSIDERED BY THIS COURT.

It is further ORDERED that Mary Elizabeth Bonney, Official Court Reporter for the 346th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before May 16, 2019.

IT IS SO ORDERED this 17th day of April, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.